HENRY J. HEMMENS, Appellant, v. SAMUEL A. BEARDSLEY and Others, Respond-

ents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.